**Order entered February 7, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00185-CV**

**IN THE INTEREST OF D.M., A MINOR CHILD**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-03631**

**ORDER**

Before the Court is appellants' February 6, 2023 joint motion for extension of time to file their briefs. We **GRANT** the motion and **ORDER** the briefs be filed no later than March 10, 2023. Because the record has been complete since December 13, 2022, we caution that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE